THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW NOLAN, Appellant, *v.* WILLIAM E. SNYDER, as Acting Warden of Clinton Prison, Respondent.

Submitted November 15, 1940; decided December 31, 1940.

*Matthew Nolan,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Harry P. Kehoe* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.